## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, as Collateral Trustee;** | **8:20CV359** |
| **Plaintiff,** | **ORDER** |
| **vs.** | |
| **SOUTH SIOUX CITY, a Nebraska Municipality;** | |
| **Defendant.** | |

This matter is before the Court following a status conference held by telephone with counsel for the parties before the undersigned magistrate judge on August 9, 2023.  Counsel requested a stay of this case while they direct their efforts towards resolution of the underlying issues and settlement of this case.  Accordingly,

**IT IS ORDERED:**

1.  This case is stayed pending the parties' efforts towards settlement.
2.  On or before **November 15, 2023**, and every ninety days thereafter, the parties shall file a joint report regarding the status of their efforts to resolve the underlying issues and settlement of this case, including whether the parties believe the stay should continue or be lifted.

Dated this 9th day of August, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge