IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, as Collateral Trustee;<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTH SIOUX CITY, a Nebraska Municipality;<br><br>  Defendant. | 8:20CV359<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss (Filing No. 111). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees; retaining jurisdiction to enforce the obligations set forth in the parties' settlement agreement dated October 1, 2025.

Dated this 17th day of October, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge